THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN STRICKLAND, Defendant-Appellant.

(No. 74-188; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Third District—November 19, 1974.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Donald C. Woolsey, State's Attorney, of Galesburg, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BRENDA TERVIN (PREWITT), Defendant-Appellant.

(No. 12343; ▮▮▮▮▮▮▮▮▮▮▮▮

Fourth District—October 31, 1974.